IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES D. MACIEL,

    Plaintiff,                       No. CIV S-02-0144 DFL JFM P

    vs.

V. SANCHEZ, et al.,

    Defendants.               <u>ORDER</u>

_____/

        On March 3, 2006, plaintiff filed a motion to vacate the minute order filed in this action on February 9, 2006, denying his November 23, 2005 motion for reconsideration of this court's November 14, 2005 order.[1] Good cause appearing, IT IS HEREBY ORDERED that plaintiff's March 3, 2006 motion is denied.

DATED: 8/22/2006

                                                /s/ David F. Levi
                                                DAVID F. LEVI
                                                United States District Judge

---

[1] On April 7, 2006, plaintiff filed a notice of appeal and this action is now pending before the United States Court of Appeals for the Ninth Circuit.